**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| SERENA RUIZ,<br>　　　　*Plaintiff,*<br><br>v.<br><br>BRIAN GOTTLIEB,<br>　　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  9:26-CV-00070-MJT |

## <u>ORDER CONDITIONALLY DISMISSING PLAINTIFF'S CLAIMS</u>

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the district court referred this proceeding to the undersigned magistrate judge to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters.  *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On February 27, 2026, Judge Stetson granted *pro se* Plaintiff Serena Ruiz leave to proceed *in forma pauperis* and screened her complaint pursuant to 28 U.S.C. § 1915(e)(2).  [Dkt. 5 at 1]. Thereafter, Judge Stetson recommended conditional dismissal of this case because Plaintiff's complaint "is devoid of detail, fails to establish jurisdiction, and suggests no entitlement to relief." [*Id.* at 2].  Though subject to mandatory dismissal under § 1915(e)(2)(B)(ii), Judge Stetson advised that conditional dismissal would afford Plaintiff the "'fair[est]' procedure in these circumstances.'" [*Id.* at n.1].  Plaintiff did not object.  This Court finds no error in the Report and Recommendation.

The Report and Recommendation [Dkt. 5] is ADOPTED.  Plaintiff's claims are hereby CONDITIONALLY DISMISSED.  Plaintiff shall have fourteen (14) days to replead her complaint. If she does not replead, her claims will be dismissed without prejudice.

**SIGNED this 22nd day of March, 2026.**

_____
Michael J. Truncale
United States District Judge